IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOCELYN KATSOCK, as Trustee of the J&V Revocable Living Family Trust,** *Plaintiff* | : : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **NASSAU LIFE INSURANCE COMPANY,** *Defendant*, | : : : | **NO. 25-cv-0816** |
| **and** | : : | |
| **KRISTIN KATSOCK,** *Crossclaim Defendant.* | : : : | |

# ORDER

**AND NOW**, this **19th** day of **May 2025**, upon review of the docket and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that above-captioned case is **REMANDED** to the Court of Common Pleas of Bucks County, Pennsylvania for lack of subject matter jurisdiction. The Clerk of Court is directed to close the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**